UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Bruce W. Yerkes,                                    Court File No.:  11-cv-00853 JRT/TNL

     Plaintiff,

vs.                                                 **STIPULATION OF DISMISSAL**

United Collection Bureau, Inc.,
John Doe 1 (aka "Mr. Styles"),
John Doe 2 (aka "Mr. Gillam"), and
Jane Doe 3 (aka "Stephanie"),
Jane Doe 4 (aka "Ms. Mann"),

     Defendants.

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by

their respective undersigned attorneys, that the above-entitled action by Plaintiff, may be and

hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees

to any party.

**IT IS FURTHER STIPULATED AND AGREED** that there is no just reason for delay

and that judgment of dismissal with prejudice and on the merits may be entered herein.

**HEANEY LAW FIRM, LLC**


Dated:  May 23, 2011                 By s/Mark L. Heaney
       Mark L. Heaney (License #0333219)
      Attorneys for Plaintiffs
      13911 Ridgedale Drive, Suite 110
      Minnetonka, MN  55305-1773
      Telephone:   (952) 933-9655
      Facsimile:    (952) 544-1308
      mark@heaneylaw.com

2

**BASSFORD REMELE,** *A Professional Association*

Dated: May 23, 2011                   By s/Christopher R. Morris
                                       Christopher R. Morris (License #230613)
                                      Attorneys for Defendant United Collection Bureau
                                      33 South Sixth Street, Suite 3800
                                      Minneapolis, Minnesota  55402-3707
                                      Telephone:   (612) 333-3000
                                      Facsimile:     (612) 333-8829
                                      cmorris@bassford.com

1051938.doc